UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Bollinger Amelia Repair L.L.C. | Civil Action No. 6:07-CV-142 |
| versus | Judge Tucker L. Melançon |
| M/V Paladin Shadow II, et al | Magistrate Judge C. Michael Hill |

**ORDER**

The Court is in receipt of the June 29, 2007 letter [Rec. Doc. to be assigned] from R. Scott Ramsey and S. Patrick Skiles, local counsel for defendants, submitted in response to the June 28, 2007 letter [Rec. Doc. 63] to the Court from Robert S. Reich, counsel for plaintiff, which resulted in the Court's June 29, 2007 Order [Rec. Doc. 64]; and the June 29, 2007 letter with attachments [Rec. Doc. to be assigned] from Laurence R. DeBuys, IV, counsel for plaintiff, in response thereto. The respective letters, which were e-mailed to the Court's judicial law clerk on June 29, 2007, were filed into the record of this proceeding, this date, at the Court's instruction to serve as future occasion may require.

It is most discouraging to the undersigned United States District Judge, having been a practicing lawyer for excess of twenty years and a United States District Judge for the Western District of Louisiana for almost fourteen years, to encounter the conduct that has been exhibited by the attorneys in this case since its filing on January 24, 2007 [Rec. Doc. 1]. The attorneys are hereby placed on notice that at the conclusion of this matter, pursuant to the Code of Conduct for United States Judges Canon 3(B)(3) and the commentary thereto, the Court may be required to report the events that have transpired in this proceeding to date as well as conduct that may occur in the future, to the Louisiana State Bar Associate and the Florida State bar Association. As a result thereof,

**IT IS ORDERED** that all attorneys for the parties are to maintain copies of all emails that have been exchanged between them or will be exchanged in the future until further order

of this Court.

**IT IS FURTHER ORDERED**, considering the inordinate amount of judicial resources that have been expended on what routinely should have been little more than a ministerial review, and the amount of attorneys fees that must have been incurred by the parties as a result thereof, from this date and time forward the attorneys are not to contact the Court's secretary, law clerks, court room deputy or court reporter, other than in writing, and then by United States mail with a copy to their respective clients and to the Clerk of this Court for filing into the record of this proceeding.

**IT IS FURTHER ORDERED** that the Court will not conduct any further telephone conferences with the attorneys for the parties; for those matters that must be decided by a judge, the Court will conduct in person, on the record hearings.

**IT IS FURTHER ORDERED** that in the event that such on the record hearing need be conducted, the principal of plaintiff, Mr. Boise Bollinger, and the principal of defendants, Mr. Tom Gonzalez, are required to personally attend the hearing.

**IT IS FURTHER ORDERED** that upon receipt of this Order, Robert Reich and Robert Edwards as lead counsel for the parties, are to provide a copy of this Order to each's respective clients, Mr. Boise Bollinger and Mr. Tom Gonzalez, as well as a copy of the Court's June 28, 2007 Minutes of Court [Rec. Doc. 62]; the June 28, 2007 letter from Robert Reich [Rec. Doc. 63]; the Court's June 29, 2007 Order [Rec. Doc. 64]; the June 29, 2007 letter from R. Scott Ramsey and S. Patrick Skiles [Rec. Doc. to be assigned]; the June 29, 2007 letter with attachments from Laurence R. DeBuys, IV in response thereto [Rec. Doc. to be assigned]; the Response to Court's Order and proposed order on Bond [Rec. Doc. 65] filed by defendants on June 29, 2007; and the Court's Order of this date denying defendants' proposed order [Rec. Doc. to be assigned].

**IT IS FURTHER ORDERED** that within twenty-four hours of Reich providing Mr. Bollinger with copies of the documents set out hereinabove , and Edwards providing Mr.

Gonzalez with copies of the same, each attorney is to notify the Court of his compliance by filing a statement with the Clerk of Court that the Court's Order has been complied with, a copy of which is to be mailed to each attorneys' respective client.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 2nd day of July, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE